IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 26-cv-02097-PAB-KAS

JASON RAMSEY, and
MELANIE COLLINS,

Plaintiffs,

v.

WALGREEN CO.,

Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge [Docket No. 32]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 32 at 7; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on October 21, 2026.[1] No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

[1] Even though the Recommendation is dated October 20, 2026, the Recommendation was docketed in CM/ECF on October 21, 2026. *See* Docket No. 32.

to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** that the Recommendation of Magistrate Judge [Docket No. 32] is **ACCEPTED**. It is further

**ORDERED** that Plaintiff's Motion to Amend Complaint to Add New Defendants and Permit Joinder [Docket No. 28] is **GRANTED**. It is further

**ORDERED** that the Clerk's Office shall file the Amended Complaint, Docket No. 28-2, as a separate docket entry. It is further

**ORDERED** that this case is **REMANDED** to the District Court of Adams County, where it was filed as Case No. 2026CV30674.

DATED November 9, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

[2] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review. Fed. R. Civ. P. 72(b).